FILED
CLERK, U.S. DISTRICT COURT

11/30/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_CW\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWAN CLARK,<br><br>      Plaintiff<br><br>      v.<br><br>MARANO, et al.,<br><br>      Defendants. | Case No. CV 14-8745-MWF (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: Defendants' Motion to Dismiss filed on May 18, 2015 is GRANTED; within thirty (30) days of this Order, Plaintiff shall file and serve a Second Amended Complaint if he wishes to pursue this action, which must correct the defects identified in the Report; the Second Amended Complaint shall be complete in and of itself, without reference to the prior complaints; and Plaintiff's

failure to timely file and serve a Second Amended Complaint may result in the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

DATE: November 30, 2015

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2