1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**
CLERK, U.S. DISTRICT COURT

5/19/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTWAN CLARK,

          Plaintiff

    v.

MORANO, et al.,

          Defendants.

Case No. CV 14-8745-MWF (GJS)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

    Pursuant to 28 U.S.C. § 636, the Court has reviewed all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objection to the Report. The Court has conducted a *de novo* review of those matters to which objections have been stated.

    The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

    1.  Defendants' motion to dismiss [Dkt. 39, "motion"] is denied with respect to Plaintiff's excessive force claim against Defendant Machado;

    2.  The Motion is granted, without prejudice and without leave to amend at this time, with respect to Plaintiff's excessive force claim against Defendant Mulford;

3. The Motion is granted, without leave to amend, with respect to any and all other claims of the Second Amended Complaint; and

4. Defendant Machado shall answer the Second Amended Complaint within 14 days of this Order.

**IT IS SO ORDERED.**

DATE: May 19, 2016

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2