UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWAN CLARK,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>MORANO, et al.,<br><br>　　　　Defendants. | Case No. CV 14-8745-MWF (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Judgment shall issue dismissing this action without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: November 29, 2016　　　　　　　　/s/ Michael W. Fitzgerald

　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE