UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWAN CLARK,<br><br>    Plaintiff<br><br>    v.<br><br>MORANO, et al.,<br><br>    Defendants. | Case No. CV 14-8745-MWF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATE: November 29, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE